

**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Glenn J. Smith
Office Managing Shareholder

Lauren Jill Marcus
973.848.4707 direct
973.848.4700 main
973.556.1533 fax
lmarcus@littler.com

April 28, 2015

**VIA ECF**

Honorable Steven I. Locke, U.S.M.J.
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

   Re: **Winfield v. Civitano, et al.**
     **Civil Action No. 2:13-cv-06289-ADS-WDW**

Dear Magistrate Judge Locke:

   We represent Defendants Anthony Civitano, Babylon Beauty School of Smithtown, Inc. (incorrectly pleaded as Babylon Beauty School of Smithtown, Inc., d/b/a Long Island Beauty School and Hair Design Institute), Long Island Beauty School, Inc., and Salvatore D. Pappacoda (collectively "Defendants"), in connection with the above referenced matter. I submit this letter motion on behalf of all parties in accordance with Your Honor's Individual Rules.

   The parties jointly request a sixty (60) day adjournment of the initial conference scheduled before Your Honor for Friday, May 1, 2015 at 12:00 p.m. The parties request the additional time to participate in settlement discussions and await resolution of other pending litigations, the outcomes of which may affect this matter. This is the first request for an adjournment.

   We remain available for any questions Your Honor may have. Thank you for your attention this matter.

         Respectfully submitted,

         *Lauren J. Marcus*

         Lauren J. Marcus

LJM/cc
cc: All counsel of record (via ECF)

Firmwide:133204829.1 080313.1001